440 F.2d 376
 Caesar STANSEL, Jr., Defendant-Appellant,
v.
UNITED STATES of America, Plaintiff-Appellee.
 No. 30567 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 March 30, 1971.
 
 Appeal from the United States District Court for the Northern District of Georgia; Newell Edenfield, District Judge.
 R. P. Herndon, Atlanta, Ga., for defendant-appellant.
 John W. Stokes, Jr., U. S. Atty., Robert L. Smith, Asst. U. S. Atty., Atlanta, Ga., for plaintiff-appellee.
 Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966